JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AMELIA SANTIAGO SERNA,

        Petitioner,

vs.

MARKWAYNE MULLIN, et al.

        Respondents.

CASE NO. 2:26-cv-4871-SK

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

The Clerk of Court is directed to close this case.

DATED: May 19, 2026

HON. STEVE KIM
United States Magistrate Judge